UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID DAVILA,

    Plaintiff,

v.      Case No:   6:23-cv-1465-WWB-LHP

LOWES HOME CENTERS, LLC,

    Defendant

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **LOWE'S RENEWED MOTION FOR A RULE 35 EXAMINATION OF PLAINTIFF (Doc. No. 43)**
>
> **FILED:** August 22, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Discovery in this matter closed on May 31, 2024.  Doc. No. 10, at 1.  The present motion is entirely contingent on the Court granting Defendant's pending Motion to Modify Certain Pretrial Deadlines, in which Defendant asks to reopen

discovery. *See* Doc. No. 37. Because the Court has not yet ruled on that request,[1] the present motion (Doc. No. 43) is **DENIED without prejudice** to renewal, if appropriate, upon resolution of the Motion to Modify Certain Pretrial Deadlines (Doc. No. 37).

A final note. Counsel in the motion references an Order wherein a prior related motion was denied without prejudice. Doc. No. 43, at 1, n. 1 (citing Doc. No. 23). But counsel is incorrect, as the Court subsequently denied Defendant's renewed motion which was similarly deficient, and that denial was not without prejudice. Doc. No. 27. While the Court is aware that counsel is relatively new to the case, counsel takes the case as they find it and the Court urges counsel to carefully review the entire docket in this case, so as to avoid making similar incorrect arguments.

**DONE** and **ORDERED** in Orlando, Florida on August 23, 2024.

*[signature: Leslie Hoffman Price]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

---

[1] That motion remains pending before the presiding District Judge at this time. Doc. No. 37.

Counsel of Record
Unrepresented Parties